**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE VINICIO-GONZALEZ, AKA William Omar Benavides, AKA William Omar Benevidas-Guevara,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>Respondent. | No.   18-70548<br><br>Agency No. A098-433-075<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 19, 2019**

Before:     SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

Jose Vinicio-Gonzalez, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") order denying his motion to reopen.  Our

jurisdiction is governed by 8 U.S.C. § 1252.  We review de novo questions of law.

_____

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny in part and dismiss in part the petition for review.

Vinicio-Gonzalez's contention that remand is warranted under *Pereira v. Sessions*, 138 S. Ct. 2105 (2018), is foreclosed by *Karingithi v. Whitaker*, 913 F.3d 1158, 1160-62 (9th Cir. 2019) (initial notice to appear need not include time and date information to vest jurisdiction in the immigration court).

Vinicio-Gonzalez provides no authority to support his contention that the agency's own regulations required sua sponte reopening of his case in order to allow the IJ to inform him of potential eligibility for adjustment of status, or to allow him to apply for that relief.  We lack further jurisdiction to review the BIA's discretionary sua sponte determination.  *See Bonilla v. Lynch*, 840 F.3d 575, 588 (9th Cir. 2016) (the court's jurisdiction to review BIA decisions denying sua sponte reopening is limited to reviewing the reasoning behind the decisions for legal or constitutional error).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

18-70548